**Order entered January 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01326-CR

**CARLA JAURICE RAMSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0220**

## ORDER

Before the Court is appellant's January 15, 2020 second motion for extension of time to

file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on January 21, 2020.


/s/     CORY L. CARLYLE
JUSTICE